UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID BENITEZ,

                Plaintiff,

-against-

RELIANT SAFETY LLC et al.,

                Defendants.

No. 22-CV-8887 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Upon the mediator's final report notifying the Court that agreement was reached on all issues (dkt. no. 23), the Clerk of the Court shall mark this action closed, subject to reopening within thirty days.

**SO ORDERED.**

Dated:    March 21, 2023
             New York, New York

             *Loretta A. Preska*
             LORETTA A. PRESKA
             Senior United States District Judge